IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

**ANGELE E. BROOKS,**

    Plaintiff,

vs.

    Hon.    Terrence G. Berg

    Mag. J.    Curtis Ivy, Jr.

**CHELSEA MOTORS, LLC, a Michigan Corporation; and CREDIT ACCEPTANCE CORPORATION, a Michigan Corporation**.

    Case No.    21-cv-10710-TGB-CI

    Defendant.

_____/

## ORDER TO SEAL EXHIBITS 1 AND 3 TO COMPLAINT

WHEREAS on March 30, 2021, Plaintiff filed her Complaint.

WHEREAS Plaintiff realized that Exhibit 1 – specifically ECF 1-2, PageIDs. 21-25 - and Exhibit 3 – specifically ECF 1-4, PageID. 27 – included sensitive, personally identifiable information, which was inadvertently not redacted;

IT IS HEREBY ORDERED that the Clerk of the Court seal Exhibits 1 and 3, so they are not available to the public.

Dated: March 31, 2021

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE